# Criminal Case Cover Sheet
U.S. District Court - District of Massachusetts

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** DEA and HSI

**City** Attleboro
**County** Bristol

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes ☑ No

Defendant Name: LENGSY PRUM   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Leon
Address: Cranston, RI

Birth date (Yr only): ___   SSN (last 4#): ___   Sex: ___   Race: ___   Nationality: ___

Defense Counsel if known: John L. Calcagni, III   Address: 72 Clifford Street, Suite 300
Bar Number: _____   Providence, RI 02903

**U.S. Attorney Information**
AUSA: Samuel R. Feldman   Bar Number if applicable: _____

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:**

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment
**Total # of Counts:** ☐ Petty ___   ☐ Misdemeanor ___   ☑ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/16/2025   Signature of AUSA: _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   LENGSY PRUM a/k/a "Leon"

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances | 1 |
| Set 2 | 21 USC 841(a)(1) | Distribution of and Possession with Intent to Distribute Ketamine | 2 |
| Set 3 | 21 USC 841(a)(1) | Distribution of and Possession with Intent to Distribute Ketamine | 3 |
| Set 4 | 21 USC 841(a)(1) | Distribution of and Possession with Intent to Distribute Ketamine and Cocaine | 4 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**